IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PRODUCTIONS, INC.,          No. C 11-3837 SI

    Plaintiff,                                **JUDGMENT**

  v.

JACQUELINE N. PHILLIPS, *et al.*,

    Defendants.

      Judgment by default in favor of plaintiff and against defendants is entered in the amount of $5,000.00.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 2, 2012

SUSAN ILLSTON
United States District Judge